Allen HOUSTON–BEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63703.

Missouri Court of Appeals, Western District.

May 3, 2005.

Mark A. Grothoff, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOLLIGER, P.J., BRECKENRIDGE and ELLIS, JJ.

*ORDER*

PER CURIAM.

Allen Houston–Bey appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).